UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOUNTAIN UTILITIES, INC., a Washington corporation, | Case No. CV-12-075-LRS |
| Plaintiff, | |
| vs. | ORDER OF VOLUNTARY DISMISSAL WITH TERMS |
| 2011-SIP-2 VENTURE, LLC, a Delaware Limited Liability Company, as successor-in-interest and assignee of the Federal Deposit Insurance Corporation, as receiver for Bank of Whitman, | |
| Defendant. | |
| 2011-SIP-2 VENTURE, LLC, a Delaware Limited Liability Company, as successor-in-interest and assignee of the Federal Deposit Insurance Corporation, as receiver for Bank of Whitman, | |
| Counter Plaintiff, | |
| vs. | |

*ORDER OF VOLUNTARY DISMISSAL WITH TERMS  - 1*

MOUNTAIN UTILITIES, INC., a Washington corporation,

            Counter Defendant.

2011-SIP-2 VENTURE, LLC, a Delaware Limited Liability Company, as successor-in-interest and assignee of the Federal Deposit Insurance Corporation, as receiver for Bank of Whitman,

            Third Party Plaintiff,

vs.

RIVERBLUFF LAND COMPANY, LLC, a Tennessee limited liability company; CHRISTOPHER L. HEFTEL and LORI J. HEFTEL, husband and wife the marital community thereof,

            Third Party Defendants.

Based on the Stipulated Motion for Dismissal on Specified Terms, ECF No. 18, presented by the parties, and having reviewed the records and files herein,

IT IS HEREBY ORDRED:

1. This action is hereby DISMISSED WITHOUT PREJUDICE to any claims, counterclaims, third-party claims, or defenses of the parties.

2. Each party shall initially bear its own attorney's fees and costs relating to this action, subject to further determination or award in any current or subsequent state court action.

3. The parties shall file their claims, counterclaims, and third-party claims in the state court action pending in Spokane County Superior Court, Cause No. 11-02-04221-3, or in a new action in Spokane County Superior Court, within thirty days of the entry of this Order.

4. Pursuant to 28 U.S.C. § 1367, the periods of limitations for any claims asserted in this action are tolled while the claims have been pending in this case and shall continue to be tolled for a period of no less than thirty (30) days after the entry of this Order.

5. The parties' Stipulated Motion For Dismissal On Specified Terms, ECF No. 18, is GRANTED and this file closed.

Dated this 25th day of October, 2012.

*s/Lonny R. Suko*

_____
Lonny R. Suko
United States District Court Judge

*ORDER OF VOLUNTARY DISMISSAL WITH TERMS  - 3*